# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Ronald Shane Stafford  **DISTRICT JUDGE:** Paul L. Maloney

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:97-cr-66 | 11/14/2023 | 1:37 p.m. - 2:05 p.m. | Kalamazoo | |

### APPEARANCES

Government: Donald Daniels

Defendant: Paul Mitchell

Counsel Designation: CJA Appointment

### TYPE OF HEARING
- __ Arraignment:
    - __ mute   __ nolo contendre
    - __ not guilty   __ guilty
- __ Final Pretrial Conference
- __ Detention   (waived __)
- __ Motion Hearing
- ✓ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- __ Trial
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: _____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Charging Document:
- __ Read    __ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

Imprisonment: 10 months
Probation: 
Supervised Release: 26 months
Fine: $
Restitution: $
Special Assessment: $

Plea Agreement Accepted: __ Yes  __ No
Defendant informed of right to appeal: ✓ Yes  __ No
Counsel informed of obligation to file appeal: ✓ Yes  __ No

Conviction Information:
Date: _____
By: _____
As to Count (s): _____

**ADDITIONAL INFORMATION:**
Defendant admits guilt to violations 1 and 2; defendant concedes motions (ECF Nos. 287, 288, 289, 290, 291, 292, 293, and 295) are moot and they are dismissed

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

**CASE TO BE:**   **TYPE OF HEARING:**

**Reporter/Recorder:** Kathleen Thomas    **Case Manager:** A. Redmond